IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ELIZABETH C. SNIDER, individually   :
and as Executrix of the Estate      :
of DANIEL A. SNIDER; and LEE W.     :
SNIDER, a minor, by his mother      :
ELIZABETH C. SNIDER,                :
                                    :
          Plaintiffs,               :   CIVIL ACTION
                                    :
     v.                             :
                                    :   NO. 12-cv-3054
STERLING AIRWAYS, INC., et al.,     :
                                    :
          Defendants.               :
```

## ORDER

AND NOW, this    14th    day of January, 2013, upon consideration of the Plaintiffs' Motion for Remand (ECF No. 8), the Teledyne Defendants' Response (ECF No. 14), the Plaintiff's Reply (ECF No. 19), the Teledyne Defendants' Surreply (ECF No. 40), and the parties' additional briefing on the effect, if any, of the recent amendments to 28 U.S.C. § 1441(c) (ECF Nos. 51, 52, and 53), it is hereby ORDERED that the Motion (ECF No. 8) is GRANTED.  This matter is hereby REMANDED to the Court of Common Pleas of Philadelphia County.  The remaining pending motions, the Teledyne Defendants' Motion to Consolidate (ECF No. 21) and the Teledyne Defendants' Motion for Leave to File an Amended Third-Party Complaint (ECF No. 54), are DENIED WITHOUT PREJUDICE to their renewal in state court.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER,       C.J.